# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| MILDRED A. THOMAS,<br><br>      Plaintiff,<br><br>v.<br><br>COLQUITT COUNTY SCHOOL DISTRICT, et al.,<br><br>      Defendants. | Civil Action No. 7:10-CV-58 (HL) |

## ORDER

By Order entered November 15, 2010, Plaintiff was directed to show good cause, in writing, not later than November 29, 2010, why this case should not be dismissed for failure to effect service on Defendants within 120 days of the filing of the complaint. Plaintiff was warned that failure to respond timely to the order would result in the dismissal without prejudice of her case.

Plaintiff has not responded to the Court's order. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice. Defendants' Motion to Dismiss Complaint (Doc. 7) is denied as moot.

**SO ORDERED**, this the 7th day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh